

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Criminal Action No. 05-26 |
| WYMAN EARL GUY, JR., a/k/a TINK, | : | |
| Defendants. | : | |



### INDICTMENT

The grand jury for the District of Delaware charges that:

#### Count One

On or about December 8, 2003, in the State and District of Delaware, Wyman Earl Guy, Jr., defendant herein, did knowingly sell counterfeit obligations of the United States, that is, counterfeit $20 Federal Reserve notes, with the intent that the counterfeit Federal Reserve notes would be passed, published, and used as true and genuine, all in violation of Title 18, United States Code, Section 473.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

FILED
APR 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dated: April 5, 2005