IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-26 |
| WYMAN EARL GUY, JR., a/k/a TINK, | : | |
| Defendant. | : | |

### MOTION AND ORDER TO UNSEAL

The United States of America, by and through its undersigned attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, hereby moves this Honorable Court to unseal the Indictment, Motion and Order for Arrest Warrant, Motion and Order to Seal, and related file.

COLM F. CONNOLLY
United States Attorney

BY: /s/ Beth M. Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: March 22, 2006

IT IS SO ORDERED this _13_ day of _March_, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
MAR 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE