AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.

WYMAN GUY

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   CR 05-26-UNA

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before:   Honorable Mary Pat Thynge, U.S. Magistrate Judge | 3/30/06 at 1:00 PM |

\*\* Please report to the U.S. Marshal's Service in Room# 100 by 12:00 PM.

To answer a(n)

x Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __473__

Brief description of offense:

SELLING COUNTERFEIT FEDERAL RESERVE NOTES - ( COUNT I )

FILED
MAR 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY: _[signature]_ ; Deputy Clerk
Signature of Issuing Officer

March 21, 2006 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Via Cert Mail

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  3-27-06
Date

DW Thomas
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Florida Mathis*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>FLORIDA M... |
| 1. Article Addressed to:<br><br>Wyman Guy<br><br>Wilm, DE 19802 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>MAR 24 2006<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number: 7004 1160 0006 7939 8166 | |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: 3/23

7004 1160 0006 7939 8166

Sent To:
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002  See Reverse for Instructions