IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-26-SLR |
| WYMAN GUY, | : | |
| Defendant. | : | |

**MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS**

The defendant, Wyman Guy, through undersigned counsel, hereby moves this Honorable Court for more time to file pretrial motions upon receipt of discovery.

1. Mr. Guy was presented with an indictment on April 5, 2006, charging a violation of 18 U.S.C. § 473, selling counterfeit obligations. The defense timely requested, but has not yet received, discovery.

2. Additional time is therefore needed to determine what if any motion should be filed.

3. The government does not oppose this motion.

**WHEREFORE**, for the above stated reasons and any other such reasons that shall appear to the Court, it is requested that the new due date for any pretrial motions be extended until June 7, 2006.

Respectfully submitted,

/s/
Penny Marshall, Esquire
Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
Attorney for Mr. Guy

Dated:  May 15, 2006

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a copy of Motion for Extension of Time to File Pretrial Motions is available for public viewing and downloading and was electronically delivered on May 15, 2006 to:

Beth Moskow-Schnoll
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE   19801


/s/
Penny Marshall
Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE   19801
(302) 573-6010
Attorney fo Mr. Guy