UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-26-SLR |
| | : | |
| WYMAN GUY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Having considered Defendant's Motion to Extend Time to File Pretrial Motions,

**IT IS HEREBY ORDERED** this _____ day May, 2006, that the due date for filing pretrial motions will be June 7, 2006.

　　　　　　　　　　　　　　　　　　　　　　　Honorable Sue L. Robinson
　　　　　　　　　　　　　　　　　　　　　　　Chief Judge, United States District Court

cc:　Penny Marshall, FPD
　　　Beth Moskow-Schnoll, AUSA