UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-26-SLR |
| WYMAN GUY, | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant's Motion to Extend Time to File Pretrial Motions,

**IT IS HEREBY ORDERED** this ___16th___ day May, 2006, that the due date for filing pretrial motions will be June 7, 2006.

_____
Honorable Sue L. Robinson
Chief Judge, United States District Court

cc:   Penny Marshall, FPD
      Beth Moskow-Schnoll, AUSA