AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

WYMAN EARL GUY, JR.

**WARRANT FOR ARREST**

Case Number: CR 05-26-UNA

To: The United States Marshal
and any Authorized United States Officer

~~SEALED~~ UNSEALED 3/23/06 KJL

YOU ARE HEREBY COMMANDED to arrest _____ WYMAN EARL GUY, JR. _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court    Violation    Probation Violation Petition

charging him or her    (brief description of offense)

SELLING COUNTERFEIT FEDERAL RESERVE NOTES

in violation of _____ 18 _____ United States Code, Section(s) _____ 473 _____

Peter T. Dalleo
Name of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

[Signature]; Deputy Clerk
Signature of Issuing Officer

4/6/2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

FILED
MAY 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____ Wyman Earl Guy, Jr. _____

| DATE RECEIVED 4/6/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/30/06 | Toby M. Conrad DUSM | TJM CJ |