UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-26-SLR |
| WYMAN GUY, | : |
| Defendant. | : |

### ORDER

Having considered Defendant's Motion to Extend Time to File Pretrial Motions,

**IT IS HEREBY ORDERED** this \_\_\_8th\_\_\_ day of June\_\_\_, 2006, that the due date for filing pretrial motions will be July 7, 2006.

_____
Honorable Sue L. Robinson
Chief Judge, United States District Court

cc:   Penny Marshall, FPD
      Beth Moskow-Schnoll, AUSA