admissibility of any statements made by him to government agents.

**WHEREFORE,** for these reasons and any other such reasons as shall appear at the hearing of this matter, Defendant respectfully request that the Court enter an Order in the form attached hereto suppressing the evidence obtained on or about April 21-22, 2006 and thereafter.

Respectfully submitted,

/s/ Penny Marshall
Penny Marshall, Esquire
Federal Public Defender
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
Attorney for Defendant Wyman Guy

Dated: July 7, 2006