IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-026-SLR |
| | ) |
| WYMAN EARL GUY, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 12th day of July, 2006;

IT IS ORDERED that a status conference is scheduled for **Monday, August 7, 2006** at **4:30 p.m.**, with the court initiating said call.

_____
United States District Judge