IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>        Plaintiff,                )<br>                                  )<br>    v.                            )   Crim. No. 05-026-SLR<br>                                  )<br>WYMAN EARL GUY, JR.,              )<br>                                  )<br>        Defendant.                ) | |

**O R D E R**

At Wilmington this 1st day of August, 2006, having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Monday, August 7, 2006** at **4:30 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **August 7, 2006** change of plea hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge