IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 05-026-SLR |
| WYMAN EARL GUY, JR., | ) ) ) |
| Defendant. | ) |

**ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE**

At Wilmington this 9th day of August 2006, defendant having entered a plea of guilty to the violations of pretrial release on August 7, 2006;

IT IS ORDERED that all terms and conditions of defendant's pretrial release set forth on March 30, 2006 remain in full effect;

IT IS FURTHER ORDERED that the defendant shall abide by the following additional conditions:

1.  The defendant shall be placed on home confinement with electronic monitoring to be activated within five days of his plea.

2.  The defendant shall abide by all the requirements of the home confinement and electronic monitoring as directed by the probation officer.

_____
United States District Judge