IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 05-026-SLR |
| WYMAN EARL GUY, | ) ) ) |
| Defendant. | ) |

O R D E R

At Wilmington this 6th day of November, 2006,

IT IS ORDERED that the sentencing of defendant scheduled for **November 7, 2006** at **4:30 p.m.** is **cancelled** and **rescheduled** to commence on **Monday, November 13, 2006 at 2:00 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge