PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )           CR05-26
                                    )
      vs.                           )   Criminal Action No. 1:05CR00026-001 (SLR)
                                    )
Wyman Guy,                          )
                                    )
            Defendant.              )

### Petition on Probation and Supervised Release

      COMES NOW <u>Angelica Lopez</u> Probation Officer of the Court presenting an official report upon the conduct and attitude of <u>Wyman Guy</u>, who was placed on supervision by the Honorable <u>Sue L Robinson</u>, sitting in the court at <u>Wilmington, Delaware</u> on the <u>13th</u> day of <u>November 2006</u>, who fixed the period of supervision at <u>three years</u> with four months to be served on home confinement to commence within thirty days from the date of judgement, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: The defendant shall maintain employment at Canada Dry Distributing Company of Wilmington. If defendant should lose his job, it will be considered a violation of supervised release. The defendant shall provide the probation officer with access to any requested financial information. The defendant shall participate in a drug aftercare treatment program at the direction of the probation officer, which may include urine testing. The defendant shall obtain his GED certificate while on probation.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

### SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER** the issuance of a summons requiring Wyman Guy to appear for a hearing on the alleged violations of his term of probation.

**ORDER OF COURT**

So ordered this ___12th___ day
of ___March___ 2008.

_____
U.S. District Court Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U.S. Probation Officer

Executed on    March 7, 2008

Place          Wilmington, Delaware