IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-26-SLR |
| | ) |
| WYMAN EARL GUY, JR., | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

PLEASE enter the appearance of Assistant United States Attorney Seth M. Beausang as attorney of record, in place of Assistant United States Attorney Beth Moskow-Schnoll, on behalf of the United States of America in the above-captioned matter.

Dated: March 19, 2008

Respectfully submitted,

COLM F. CONNOLY
United States Attorney

/s/ Seth M. Beausang
Seth M. Beausang (DE I.D. No. 4071)
Assistant United States Attorney
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277, ext. 149
(302) 573-6220 (fax)