AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of  DELAWARE

UNITED STATES OF AMERICA

V.

WYMAN EARLY GUY, JR.,

**WARRANT FOR ARREST**

Case Number: 05-26-SLR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **WYMAN EARLY GUY, JR.**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)

**Defendant failed to appear to initial appearance scheduled for 3/27/2008 at 1:00 PM in Courtroom 2B before the Honorable Mary Pat Thynge in Courtroom 2B.**

in violation of Title _____ United States Code, Section(s) _____

PETER T. DALLEO
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

_(signature)_ - Deputy Clerk
Signature of Issuing Officer

MARCH 27TH, 2008 at WILMINGTON, DE
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-27-08 | William David, DUSM | William _(signature)_ |
| DATE OF ARREST |  |  |
| 4-24-08 |  |  |