IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 05-026-SLR |
| WYMAN EARL GUY, JR., | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

At Wilmington this 6th day of May, 2008, defendant having been found guilty of probation violations;

IT IS ORDERED that the sentencing phase of the revocation hearing is postponed and scheduled for **Thursday, July 31, 2008** at **4:30 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that all previously imposed conditions of probation shall remain in effect.

                                                                                                    United States District Judge