IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-026-SLR |
| | ) |
| WYMAN EARL GUY, JR., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 16th day of July, 2008,

IT IS ORDERED that the hearing scheduled for **Thursday, July 31, 2008** will commence at **3:30 p.m.** instead of **4:30 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                                                            United States District Judge