IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-26-SLR |
| | ) | |
| WYMAN EARL GUY, JR. | ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

     NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Seth M. Beausang, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the Defendant, Wyman Earl Guy, Jr. In support of the motion, the Government states:

     1.     On July 31, 2008, the Defendant was scheduled to appear before the Court and be sentenced for violating his probation. The Defendant did not appear.

     2.     The Defendant left a message with defense counsel stating that he could not appear for the hearing because he was on his way to the emergecy room for medical treatment.

     3.     Since that time, the Defendant has failed to meet with the United States Probation Office as requested, and failed to return numerous phone calls from the United States Probation Office. Although the Defendant returned one phone call and left a message, the Defendant's call was returned that same day and the Defendant has not responded.

     4.     On August 5, 2008, the Defendant faxed medical documents to the United States Probation Office that purport to show that the Defendant was treated for a toothache in the Christiana Care Emergency Department on July 29, 2008 and July 31, 2008, and was given pain medication each time. (See Ex. A.)

5.  The United States Probation Office has left numerous messages on the Defendant's cell phone and with the Defendant's family members asking the Defendant to report to that office, but the Defendant has failed to do so.

6.  Wherefore, the Government respectfully asks that the Court issue a bench warrant for the Defendant's arrest so that the Defendant can be apprehended and sentenced for violating his probation.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

        By: /s/ Seth M. Beausang
        Seth M. Beausang
        Assistant United States Attorney

Dated:  August 8, 2008

**AND NOW**, this _____ day of _____, 2008, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Wyman Earl Guy, Jr.

        The Honorable Sue L. Robinson
        United States District Court Judge