EXHIBIT A

AUG-06-2008 WED 04:35 PM U S PROBATION OFFICE          FAX NO. 3025736658          P. 02
08/05/2008  15:03    3027659879                  FAYE BAKER                          PAGE  01/09

Case 1:05-cr-00026-SLR     Document 43-2     Filed 08/08/2008     Page 2 of 10

To : Angie Lopez

From : Wyman (Guy)

RE: Dr. visit information.
        Any questions please call (302)764-7654

Pgs. 9

# CHRISTIANA CARE
### HEALTH SERVICES

MAR

Page ____ of ____

**Emergency Department**
## MEDICATION RECONCILIATION

GUY, WYMAN
AGE 031 / M    DOB 11 08 976
07/29/08    000075287402
MRN 000900072692

ructions:
) be completed upon arrival   2. Do not write in shaded area.

me phone #: _____    Cell phone #: _____
dress: _____    City: _____ State: _____ Zip: _____
nary Care Physician: _____    Phone # (if known): _____

dication allergies: ☑ No ☐ Yes, list name and reaction: _____

er allergies: ☐ Latex ☐ Shellfish ☐ Intravenous dye ☐ Other:

| Current Medication/Reason escription/over the counter/herbal/vitamins) | Dose (amount) | Route (how taken) | Frequency (schedule) | Time of Last Dose | Given in ED (time) | Stop Taking |
|---|---|---|---|---|---|---|
| | | | | | | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |

☐ medications at this time   ☐ Unable to obtain

ded above are the medicines we were told you were taking at home before you came to the emergency department.
tinue current medications listed above unless "stop taking" is marked in the last column.
ou have any questions about your current medications, contact the prescribing physician.
ntact your family doctor before taking any medications you have at home that are not on this form.

| New Medications | Dose (amount) | Route (how taken) | Frequency (schedule) | Time of Last Dose | Prescription given | Next dose due |
|---|---|---|---|---|---|---|
| IV ___ | ___ | mouth | every 6 hrs | | ☑ | |
| ___ | 5 m | mouth | every 6 hrs | | ☑ | |
| Motrin | 800 | mouth | every 8 hrs | | ☑ | |
| | | | | | ☐ | |
| | | | | | ☐ | |

your patient discharge sheet for additional information and instructions.
this list to all doctor's appointments and hospital visits.
reconciling medications:

| Title | Date | Person explaining instructions: | | I understand and have received a copy of these instructions: |
|---|---|---|---|---|
| | | Signature/Title | 7/29 Date | Patient/Responsible Adult    7/29 Date |
| of Inst | Time | Print Name or ID# | Time | Relationship to Patient    Time |

# CHRISTIANA CARE
### HEALTH SERVICES

MAR

Page _____ of _____

Patient name

Date of birth

## Emergency Department
## MEDICATION RECONCILIATION

Instructions:
1. To be completed upon arrival.  2. Do not write in shaded area.

Home phone #: _____     Cell phone #: _____
Address: _____     City: Wilmington  )State: DE  Zip: 19802
Primary Care Physician: _____     Phone # (if known): _____

Medication allergies: ☒ No  ☐ Yes, list name and reaction: _____

Other allergies: ☐ Latex  ☐ Shellfish  ☐ Intravenous dye  ☐ Other: _____

| Current Medication/Reason (prescription/over the counter/herbal/vitamins) | Dose (amount) | Route (how taken) | Frequency (schedule) | Time of Last Dose | Given in ED (time) | Stop Taking |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  | ☒ |
|  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  | ☐ |
|  |  |  |  |  |  | ☐ |

☒ No medications at this time   ☐ Unable to obtain

* Listed above are the medicines we were told you were taking at home before you came to the emergency department.
* Continue current medications listed above unless "stop taking" is marked in the last column.
* If you have any questions about your current medications, contact the prescribing physician.
* Contact your family doctor before taking any medications you have at home that are not on this form.

| New Medications | Dose (amount) | Route (how taken) | Frequency (schedule) | Time of Last Dose | Prescription given | Next dose due |
|---|---|---|---|---|---|---|
| Percocet | 5-0u |  |  |  | ☐ |  |
|  |  |  |  |  | ☐ |  |
|  |  |  |  |  | ☐ |  |
|  |  |  |  |  | ☐ |  |
|  |  |  |  |  | ☐ |  |

* See your patient discharge sheet for additional information and instructions.
* Take this list to all doctor's appointments and hospital visits.

| Physician reconciling medications: | 7/3 | Person explaining instructions: | 7/3/8 | I understand and have received a copy of these instructions: | 7/3/8 |
|---|---|---|---|---|---|
| Signature/Title | Date | Signature/Title | Date | Patient/Responsible Adult | Date |
| Print Name or ID# | Time | Print Name or ID# | Time | Relationship to Patient | Time |

PLY 1 - Chart      PLY 2 - Patient      PLY 3 - Chart

**Guy,Wyman**          Tue Jul 29, 2008   Page 1
                       12:21 PM

Discharge Instructions from:
Steven Kushner, M.D. / Matthew Hay, PA-C MH1118353
Christiana Care Health Services - Wilmington Hospital

Christiana Hospital, 4755 Ogletown-Stanton Rd,Newark,DE 302-733-1000
Wilmington Hospital, 14th & Washington St, Wilmington,DE 302-733-1000

CONTINUE YOUR CURRENT MEDICATIONS AS PRESCRIBED BY YOUR PRIVATE
PHYSICIAN(S) UNLESS OTHERWISE INSTRUCTED BY YOUR EMERGENCY DEPARTMENT
PROVIDER HERE TODAY.

**TOOTHACHE/DENTAL ABSCESS:**
Toothache is usually caused by tooth decay as a result of poor dental care. The treatment in the
Emergency Department is usually pain medicine. Often an abscess is present which requires antibiotics
and may need surgical drainage.

It is very important for you to realize that your treatment in the Emergency Department is a temporary
measure, and is not a substitute for seeing a dentist. You should contact your dentist as soon as possible
for follow-up. Regular visits to your dentist are necessary if you wish to keep your teeth throughout
your lifetime.

Area Dental Services:

**Dental Office - Wilmington Hospital........428-4850**
   Open MON through FRI 8AM-4PM
   Note: A $40.00 fee will be required at time of
   visit. Cash or credit card accepted. Further fees based on income.
   Limited emergency appointments available, MUST CALL 1ST!

**Delaware Technical & Community College:..........571-5364**
   2nd & SHipley Streets, MON-THUR 8AM to 4PM
   $70.00 for extraction, $150 for fillings. Other services
   provided; dental cleaning, and x-rays. Must qualify for
   services under their "Limited Income Program" so need to
   bring proof of income and most recent tax return.
   Limited emergency services by appointment only...MUST CALL!
   *No root canals, wisdom teeth extraction, crown or dentures.

**DeLaWarr Dental.............................577-2973**
   500 Rogers Rd, New Castle, DE (ages 3-20 with **Medicaid**)

**Hudson Center................................368-6668**
   501 Ogletown Rd, Newark (ages 3-20 with **Medicaid**, living in Newark)

**Ministry of Caring...........................594-9476**
   1410 North Claymont, Wilmington (No Emergencies)
   Open MON through FRI 8AM-4PM
   Fee structure; 50% discount on servies if annual income is less
   than $14,000. Limited emergency help via intake facility
   Samaritan Outreach....must call 594-9476

**Porter Center................................577-3404**
   511 West 8th Street, Wilmington (ages 8-18 with **Medicaid**)
   Must live in 19804 or 19805 school district or zip code
   to qualify for services. Open MON through FRI 8:30AM-3PM.

   ---- Instructions are continued on next page. ----

**Guy, Wyman**          Tue Jul 29, 2008  Page 2
                        12:21 PM

West Side Health Services.....................302-655-5822
   1802 West 4th Street, Wilmington, Open M-F 8AM-5PM
   Sliding scale fees for services based on income. Must bring
   $45.00 for 1st appointment and proof of income.

Saltz Dental Center.........................800-523-7230
   616 Avenue of the States, Chester, PA

Pierre Toussaint Dental Office................302-652-8947
   830 Spruce Street, Wilmington DE
   Hours Monday through Friday 8AM-4PM
   Adults ages 19-64
   Charge for extractions $87, based on income, bring proof of
   income and photo ID. Appointments-NO, intake between 9-3PM.

Henrietta Johnson..........................302-655-6190
   601 New Castle Avenue, Open Monday through Thursday
   Sliding scale fees based on income. Must bring $50.00
   for first visit and proof of income.

Nemours Clinic...........................302-651-4406
   1801 Rockland Rd Wilmington DE
   Open Monday through Friday 8AM-4:30PM
   Age 65 and over only Delaware Resident and US citizen
   Services for those with income less than $12,500 for single
   person or $17,125 or less for couple.

### *** YOU MAY ALSO CHECK IN YOUR PHONE DIRECTORY-YELLOW PAGES ***

NOTIFY YOUR DOCTOR OR DENTIST or return here in case of the following:
   - Increased swelling of the face or gums.
   - Increasing pain.
   - Fever.

RX: IBUPROFEN 800 MG TABLETS   Disp: # 24 / 0
Directions: 1 tablet 3 times daily for pain,
   fever, or inflammation - Used for inflammation (especially arthritis) and relief of pain. - Take
regularly unless used for mild pain.  It can take 1-2 weeks  to be effective in arthritis. - Try taking
with food if it causes stomach upset. - Can cause gastrointestinal bleeding. - Other common side effects
- dizziness, rash.

RX: PENICILLIN VK 500 MG TABS   Disp: QS for 10 days. / 0
Directions: 1 tablet 4 times daily for infection - Antibiotic - needs to be taken regularly until finished. -
Be sure to take the full number of doses every day. If you  forget, catch up with the dose schedule,
even if you have to take   2 doses at once. - Common side effects - allergic symptoms of rash, itching
or    breathing difficulty, or gastrointestinal upset. - If this medicine upsets your stomach, try taking it
with food   or milk.

RX: VICODIN 5MG   Disp: 16(sixteen) / 0
Directions: 1 every 4-6 hours as needed for pain - Narcotic - usually used for relief of pain or cough. -
Causes drowsiness. - Narcotics are habit-forming.  They should not be used on a   regular basis, and
you should not increase the dosage without    your doctor's advice. - YOU SHOULD NOT DRIVE or
operate heavy machinery while taking   narcotic medication due to the drowsiness often caused. - Other

      ---- Instructions are continued on next page. ----

**Guy, Wyman**            Tue Jul 29, 2008    Page 3
                          12:21 PM

common side effects - gastrointestinal upset, constipation,   dizziness, allergic symptoms of rash, itching or breathing   difficulty.

FOLLOW UP INSTRUCTIONS: Wilmington Hosp Dental Office
**Call  the above providers (above phone numbers) today or as soon as possible.** Let the office know that you were seen in the Emergency Department and that you were told to call the office to arrange a follow-up visit.

Wilmington Hosp Dental Office ($10 for office visits)

======================================================================
I understand any medication given to me to take home must be kept out of the reach of children
======================================================================

I understand that the treatment I have received was rendered on an emergency basis only and that further treatment may be necessary. I have been given a copy of the above instructions.  I understand these instructions; and I will arrange for follow-up care as outlined above. If my condition worsens, I will call my doctor or return to the Emergency Department.

_____(Signature)

Circle One: PATIENT  PARENT  SPOUSE  RELATIVE  FRIEND  GUARDIAN

======================================================================
Please take these instructions with you to your next doctors office visit whether it be your primary care doctor or a any specialist you are scheduled to see.
======================================================================
PHYSICIAL REFERRAL:If you need assistance obtaining a local physician or dentist you may call the "Christiana Care Referral Service" help line at 302-428-4100.
======================================================================

# Guy, Wyman

Thu Jul 31, 2008   Page 1
6:42 PM

Discharge Instructions from Ross Megargel, DO., FACEP.
Christiana Care Health Services - Wilmington Hospital

Christiana Hospital, 4755 Ogletown-Stanton Rd, Newark, DE  302-733-1000
Wilmington Hospital, 14th & Washington St, Wilmington, DE 302-733-1000

CONTINUE YOUR CURRENT MEDICATIONS AS PRESCRIBED BY YOUR PRIVATE
PHYSICIAN(S) UNLESS OTHERWISE INSTRUCTED BY YOUR EMERGENCY DEPARTMENT
PROVIDER HERE TODAY.

DIAGNOSIS:  Caries, dental

Toothache

## TOOTHACHE/DENTAL ABSCESS:

Toothache is usually caused by tooth decay as a result of poor dental care.  The treatment in the
Emergency Department is usually pain medicine.  Often an abscess is present which requires antibiotics
and may need surgical drainage.

It is very important for you to realize that your treatment in the Emergency Department is a temporary
measure, and is not a substitute for seeing a dentist.  You should contact your dentist as soon as possible
for follow-up.  Regular visits to your dentist are necessary if you wish to keep your teeth throughout
your lifetime.

Area Dental Services:

**Dental Office - Wilmington Hospital.......428-4850**
Open MON through FRI 8AM-4PM
Note: A $40.00 fee will be required at time of
visit. Cash or credit card accepted. Further fees based on income.
Limited emergency appointments available, MUST CALL 1ST!

**Delaware Technical & Community College...........571-5364**
2nd & SHipley Streets, MON-THUR 8AM to 4PM
$70.00 for extraction, $150 for fillings. Other services
provided; dental cleaning, and x-rays. Must qualify for
services under their "Limited Income Program" so need to
bring proof of income and most recent tax return.
Limited emergency services by appointment only...MUST CALL!
*No root canals, wisdom teeth extraction, crown or dentures.

**DeLaWarr Dental...........................577-2973**
500 Rogers Rd, New Castle, DE (ages 3-20 with Medicaid)

**Hudson Center...............................368-6668**
501 Ogletown Rd, Newark (ages 3-20 with Medicaid, living in Newark)

**Ministry of Caring...........................594-9476**
1410 North Claymont, Wilmington (No Emergencies)
Open MON through FRI 8AM-4PM
Fee structure; 50% discount on servies if annual income is less
than $14,000. Limited emergency help via intake facility
Samaritan Outreach....must call 594-9476

**Porter Center...............................577-3404**

---- Instructions are continued on next page. ----

**Guy, Wyman**          Thu Jul 31, 2008   Page 2
                                6:42 PM

511 West 8th Street, Wilmington (ages 8-18 with Medicaid)
Must live in 19804 or 19805 school district or zip code
to qualify for services. Open MON through FRI 8:30AM-3PM.

**West Side Health Services....................302-655-5822**
1802 West 4th Street, Wilmington, Open M-F 8AM-5PM
Sliding scale fees for services based on income. Must bring
$45.00 for 1st appointment and proof of income.

**Saltz Dental Center.........................800-523-7230**
616 Avenue of the States, Chester, PA

**Pierre Toussaint Dental Office................302-652-8947**
830 Spruce Street, Wilmington DE
Hours Monday through Friday 8AM-4PM
Adults ages 19-64
Charge for extractions $87, based on income, bring proof of
income and photo ID. Appointments-NO, intake between 9-3PM.

**Henrietta Johnson.........................302-655-6190**
601 New Castle Avenue, Open Monday through Thursday
Sliding scale fees based on income. Must bring $50.00
for first visit and proof of income.

**Nemours Clinic............................302-651-4406**
1801 Rockland Rd Wilmington DE
Open Monday through Friday 8AM-4:30PM
Age 65 and over only Delaware Resident and US citizen
Services for those with income less than $12,500 for single
person or $17,125 or less for couple.

### *** YOU MAY ALSO CHECK IN YOUR PHONE DIRECTORY-YELLOW PAGES ***

NOTIFY YOUR DOCTOR OR DENTIST or return here in case of the following:
- Increased swelling of the face or gums.
- Increasing pain.
- Fever.

RX: PERCOCET 5,0/325 MG    Disp: (8)-eight / 0
Directions: 1 tablet every 6 hours for severe
         pain not relieved by Ibuprofen. - Narcotic - usually used for relief of pain or cough. - Causes
drowsiness. - Narcotics are habit-forming. They should not be used on a   regular basis, and you
should not increase the dosage without    your doctor's advice. - YOU SHOULD NOT DRIVE or
operate heavy machinery while taking   narcotic medication due to the drowsiness often caused. - Other
common side effects - gastrointestinal upset, constipation,   dizziness, allergic symptoms of rash,
itching or breathing   difficulty.

SYNCOPE:
Syncope or fainting is a common problem caused by not enough blood flow to the brain. There are
many possible reasons for fainting. It may be caused by internal bleeding or an irregular heartbeat.
Many other diseases of the heart and circulation cause fainting. Other causes can include; poor
nutrition, diseases of the central nervous system, medications, low blood sugar, or dehydration.
Sometimes acute illnesses such as viral infections also result in fainting or severe dizziness.

---- Instructions are continued on next page. ----

## Guy, Wyman

Thu Jul 31, 2008    Page 3
6:42 PM

Vasovagal syncope can occur in healthy persons for a number of reasons. Examples are the sight of blood, pain, hearing unexpected news, or standing up too quickly after sitting for a period of time.

The actual cause of a fainting spell is often very hard to tell. In some cases, particularly in the elderly, hospital admission may be needed for continued observation. Your evaluation today indicates that a serious cause is not likely. You need to follow-up with your doctor if this happens again or if other symptoms develop. For now, you should stay at rest for 1-2 days, or until you feel well.

NOTIFY YOUR DOCTOR or return here in case of the following:
 - Reoccurrence of fainting or severe dizziness.
 - Chest pain or discomfort of any kind, or irregular heartbeat.
 - Abdominal or back pain that is worsening or changing in location.
 - Prolonged or high fever.
 - Severe or worsening headache.
 - Change in mental status - too sleepy, confused, short of breath, irritable, slurred speech, weakness, or difficulty walking.
 - Repeated vomiting or inability to retain fluids.

FOLLOW UP INSTRUCTIONS: Your Doctor
**Call Your Doctor today or as soon as possible.** Let the office know that you were seen in the Emergency Department and that you were told to call the office to arrange a follow-up visit.

FOLLOW UP INSTRUCTIONS: Office: Dental
**Call Office: Dental (428-4850) today or as soon as possible.** Let the office know that you were seen in the Emergency Department and that you were told to call the office to arrange a follow-up visit.

Office: Dental 2nd Floor (above the ER) - Wilmington Hospital

OTHER INSTRUCTIONS:
Continue taking motrin and penicillin as prescribed.

I understand any medication given to me to take home must be kept out of the reach of children

I understand that the treatment I have received was rendered on an emergency basis only and that further treatment may be necessary. I have been given a copy of the above instructions. I understand these instructions; and I will arrange for follow-up care as outlined above. If my condition worsens, I will call my doctor or return to the Emergency Department.

_____ _____(Signature)

Circle One: PATIENT  PARENT  SPOUSE  RELATIVE  FRIEND  GUARDIAN

Please take these instructions with you to your next doctors office visit whether it be your primary care doctor or a any specialist you are scheduled to see.

PHYSICIAL REFERRAL:If you need assistance obtaining a local physician or dentist you may call the "Christiana Care Referral Service" help line at 302-428-4100.